IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MID-ATLANTIC INNOCENCE PROJECT,** <br> 1413 K Street, NW, Suite 1100 <br> Washington, DC 20005 <br> <br> **Plaintiff,** <br> <br> v. <br> <br> **FEDERAL BUREAU OF INVESTIGATION,** <br> 935 Pennsylvania Avenue, NW <br> Washington, D.C. 20535 <br> <br> **U.S. DEPARTMENT OF JUSTICE,** <br> 950 Pennsylvania Avenue, NW <br> Washington, D.C. 20530 <br> <br> <br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff MID-ATLANTIC INNOCENCE PROJECT brings this suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to comply with Plaintiff's FOIA request for records pertaining to Kenneth G. Copeland.

## PARTIES

2. Plaintiff MID-ATLANTIC INNOCENCE PROJECT is a non-profit organization that works to prevent and correct the conviction of innocent people in the District of Columbia, Maryland, and Virginia. MID-ATLANTIC INNOCENCE PROJECT is the FOIA requester in this case.

3. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the FBI's parent agency.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## DECEMBER 16, 2022 FOIA REQUEST TO FBI

7. On December 16, 2022, Plaintiff submitted a FOIA request to the FBI for "all records pertaining to Kenneth G. Copeland, in the custody and control of the Federal Bureau of Investigation related to the homicide of Wayne Edelin which took place on or around November 28, 1992 near the Barry Farms neighborhood in Southeast DC."

8. A true and correct copy of the FOIA request is attached as Exhibit 1.

9. On December 23, 2022, the FBI mailed a letter to MAIP acknowledging receipt of the request and assigning reference number 1576301-000 to the request.

10. A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

11. The FBI also stated that the request "falls within unusual circumstances" pursuant to 5 U.S.C. § 552 (a)(6)(B)(iii) and claimed that these "unusual circumstances" will delay its "ability to make a determination" on the request within the statutory deadline. *Id.*

12. On March 6, 2023, the FBI sent a letter to Plaintiff stating it identified 1,266 pages of documents potentially responsive to the request, and provided an estimated cost for processing the request of $55.00 for CD release(s), and $58.30 for paper release(s).

13. A true and correct copy of the FBI's letter is attached as Exhibit 3.

14. On March 10, 2023, Plaintiff responded to the FBI's letter requesting CD release format, and consenting to pay the estimated cost up to the amount specified in the FBI's letter.

15. A true and correct copy of Plaintiff's response letter is attached as Exhibit 4.

16. On May 25, 2023, the FBI sent an email to Plaintiff qualifying the request as a "large track request," and stating the average processing time to complete large track requests is at least 55 months. The FBI also invited Plaintiff to narrow the scope of their request to place it in a "smaller, potentially faster processing track."

17. A true and correct copy of the email correspondence is attached as Exhibit 5.

18. On May 26, 2023, Plaintiff stated they do not wish to change the scope of the FOIA request, and asked if there is another way the request could be processed faster.

19. On May 26, 2023, the FBI responded, stating the quickest way to receive material would be to reduce the scope of the FOIA request.

20. As of the date of this filing, the FBI has not issued a determination and has produced no records responsive to this request.

**COUNT I—DECEMBER 16, 2022 FOIA REQUEST**
**FBI'S FOIA VIOLATION**

21. The above paragraphs are incorporated by reference.

22. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

23. Defendant FBI is a federal agency subject to FOIA.

24. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

25. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

26. Defendant FBI has failed to issue a complete determination within the statutory deadline.

27. Defendant FBI has failed to produce all non-exempt records responsive to the request

**WHEREFORE,** Plaintiff asks the Court to:

  i. declare that Defendants have violated FOIA;

  ii. order Defendants to conduct a reasonable search for records responsive to the requests;

  iii. order Defendants to produce all non-exempt requested records or portions of records promptly;

  iv. enjoin Defendants from withholding non-exempt public records under FOIA;

  v. award Plaintiff attorneys' fees and costs; and

  vi. award such other relief the Court considers appropriate.

Dated:  July 20, 2023

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
MID-ATLANTIC INNOCENCE PROJECT

Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058

- 5 -

                Shelley Geiszler, D.C. Bar No. IL 0087
                LOEVY & LOEVY
                311 N. Aberdeen, Third Floor
                Chicago, IL 60607
                (312) 243-5900
                foia@loevy.com